# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VALDEZ, | CASE NO. 1:08-cv-01572-WMW PC |
| Plaintiff, | ORDER DISMISSING DEFENDANTS |
| v. | |
| CARLOS MESTAS, M.D., et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). On April 2, 2009, the Court issued an order finding that Plaintiff's complaint states cognizable claims against Defendants Hoover, Edlund and Williams for violation of the Fourth Amendment, but does not state any claims against Defendants City of Hanford and Carlos Mestas. The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. On April 17, 2009, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable. Based on Plaintiff's notice, this order now issues. See Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, it is HEREBY ORDERED that:

1. This action proceed on Plaintiff's complaint, filed October 20, 2008, against Defendants Hoover, Edlund and Williams for violation of the Fourth Amendment;
2. Defendants City of Hanford and Carlos Mestas are dismissed from this action.

IT IS SO ORDERED.

1

Dated: May 11, 2009              /s/ William M. Wunderlich
                                 UNITED STATES MAGISTRATE JUDGE