1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    MICHAEL VALDEZ,

8              Plaintiff,                    1: 08 CV 01572 LJO YNP (SMS) PC

9         vs.                                ORDER

10

11

12   DEAN HOOVER, et al.,

13             Defendants.

14

15        On October 9, 2009, findings and recommendations were entered, recommending

16   dismissal of this action for Plaintiff's failure to oppose the motion to dismiss.  On October23,

17   2009, Plaintiff filed a document titled as an opposition to the motion.   Plaintiff seeks to have this

18   action heard "on the merits"and not dismissed "on a technicality."   Plaintiff also requests that

19   should this action be dismissed, it should be dismissed with leave to amend.

20        Defendants seek dismissal of this action on the ground that it is time-barred by the

21   applicable statute of limitations.  Plaintiff's response to the findings and recommendations fails

22   to address this argument.  Plaintiff is advised that should Defendants' motion be granted, this

23   action be dismissed with prejudice as time-barred, and without leave to amend.  The Court will

24   grant Plaintiff a thirty day extension of time to file an opposition that addresses the arguments set

25   forth in the motion to dismiss.

26

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The October 9, 2009, recommendation of dismissal is vacated.

3        2.  Plaintiff is granted an extension of time of thirty days from the date of service of this

4    order in which to file an opposition to the motion to dismiss.

5

6    IT IS SO ORDERED.

7    **Dated:    November 13, 2009**                            **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26